Case 4:16-cv-00970-A Document 26 Filed 08/02/17 Page 1 of 2 PageID 211

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 2 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SERGIO SALINAS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-00970-A |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § | |
| Defendant. | § | |

## Final Judgment ~~AGREED ORDER~~ OF DISMISSAL WITHOUT PREJUDICE

ON THIS DAY, the court considered the parties' proposed Agreed Order of Dismissal Without Prejudice. It appearing to this Court that all matters in controversy between Plaintiff and Defendant have been fully and finally settled, the court is of the opinion that the proposed Agreed Order should be executed.

It is therefore ORDERED that this cause be and hereby is DISMISSED WITHOUT PREJUDICE to the refiling of same.

It is further ORDERED that all costs of court are taxed against the parties incurring same.

SIGNED this 2nd day of August, 2017.

_____
JUDGE PRESIDING

APPROVED and AGREED
as to FORM and CONTENT:

/s/ James M. McClenny

James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Roger D. Higgins

Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**